Núm. 7491.—Pueblo, apldo. *v.* Suárez, aplte.—C. D. Bayamón.

Noviembre 21, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por los fundamentos expuestos por nosotros al resolver los casos de *El Pueblo* v. *Raimundo Díaz Ocasio,* criminal número 7478 (ante, pág. 629), y *El Pueblo* v. *Darío Arroyo Morales,* criminal núm. 7140 (ante, pág. 1004), ambos resueltos en 17 de noviembre de 1939, se revoca la sentencia dictada por la Corte de Distrito de Bayamón en 14 de octubre de 1938 y se absuelve al acusado libremente.